

April 26, 2024

<u>ECF Filing</u>
The Honorable Matthew J. Maddox
United States District Court
 For the District of Maryland
101 West Lombard Street
Chambers 3B
Baltimore, MD 21201

        RE:   *Andrew Blizzard, et al. v. Hunter Warfield, Inc., et al*.
                **Civil Action No.: 23-03374-MJM**
                **In the U.S. District Court for the District of Maryland**

Dear Judge Maddox,

    Pursuant to the Scheduling Order in this matter, the Parties have held discussions and 1) there is not unanimous consent to proceed before a United States Magistrate Judge and 2) there is no joint request for an early settlement/ADR conference. The parties believe that some initial discovery would be helpful before scheduling a settlement conference in this matter, and will revisit the question of requesting a settlement conference after the initial information is exchanged.

                                            Sincerely,

                                           Joseph Mack

cc: All counsel of record (via ECF)