**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ANDREW BLIZZARD, *et al*,

    *Plaintiffs*,

    v.

HUNTER WARFIELD, INC, *et al*,

    *Defendants*.

Case No. 23-cv-3374-ABA

**ORDER OF JUDGMENT**

It is ORDERED that judgment is entered in favor of Defendants Thornhill

Properties, Inc. and Mt. Vernon Mills, LLC and against Plaintiffs.


Date:  February 3, 2026                  /s/

                                     Adam B. Abelson
                                     United States District Judge